UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUA YANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>　　　　　Defendant. | **16-cv-1195 GSA**<br><br><br>**ORDER TO SHOW CAUSE** |

On August 11, 2016, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1). On February 16, 2017, the parties filed a stipulation, which the Court adopted, requiring that Plaintiff's Opening Brief be filed no later than **May 29, 2017**. (Doc. 17). To date, Plaintiff has not filed an Opening Brief as required, nor has another request for additional time been filed.

Therefore, Plaintiff is ordered to show cause why sanctions should not be imposed for a failure to comply with this Court's order. Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN five (5) days of the date of this Order. Plaintiff should include any request for additional time to file the brief if needed in the response and must establish good

1

cause for any additional request.

**Failure to respond to this Order to Show Cause within the time specified may result in monetary or other sanctions.**

IT IS SO ORDERED.

Dated: **June 5, 2017**                    **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2